1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ERNIE A. SEDILLO,                          CASE NO. CV-F-04-5700 AWI DLB HC

12                    Petitioner,               ORDER ADOPTING FINDINGS AND ____
                                                RECOMMENDING AND DISMISSING
13        vs.                                   ACTION

14   PEOPLE OF THE STATE OF                     [Doc. 17]
     CALIFORNIA,
15
                     Respondent.
16   _____/

17

18        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant

19   to 28 U.S.C. § 2254.

20        On April 29, 2005, the Magistrate Judge issued Findings and Recommendation that the Motion

21   to Dismiss be GRANTED.  This Findings and Recommendation was served on all parties and contained

22   notice that any objections were to be filed within thirty (30) days of the date of service of the order.

23   Over thirty (30) days have passed and no party has filed objections.

24        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

25   *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and

26   Recommendation is supported by the record and proper analysis.

27   ///

28    ///

                                                   1

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.    The Findings and Recommendation issued April 29, 2005, is ADOPTED IN FULL;

3         2.    The Motion to Dismiss is GRANTED;

4         3.    The Petition for Writ of Habeas Corpus is DISMISSED; and

5         4.    The Clerk of the Court is DIRECTED to close this action.

6    IT IS SO ORDERED.

7    **Dated:    August 12, 2005**            **/s/ Anthony W. Ishii**
     0m8i78                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2